IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| AISLYNN KERNS, *Individually, and on behalf of herself and others similarly situated,* | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:21-569 |
| GRANDMAMA'S HOUSE OF PRESCHOOL AND CHILD DEVELOPMENT, INC., JEFFREY BAILEY STANFILL, *individually*, and BRIDGETTE STANFILL, *individually*, | ) ) ) ) ) | FLSA COLLECTIVE ACTION JURY DEMAND |
| Defendants. | ) | |

### ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE OF ALL CLAIMS

The Parties have submitted a Joint Motion for Approval of Settlement and Dismissal with Prejudice of All Claims, requesting Court approval of a settlement of the claims brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.

In this case, a bona-fide dispute existed as to whether Plaintiff and Opt-in Plaintiff were properly compensated. The negotiations that resulted in a settlement were held at arms' length, with all parties being represented by experienced and reputable counsel. The Court concludes that the proposed settlement is a fair and reasonable compromise of a bona-fide dispute.

Attached to the Motion for Approval, the Parties also submitted for the Court's consideration the executed Settlement Agreements. Based on these filings, the Court finds that the settlement between the Parties is a fair and reasonable resolution of the Parties' dispute. The settlement shall be administered pursuant to the terms of the Settlement Agreement.

1

The Motion is **GRANTED**, and the Settlement Agreements are **APPROVED**. This suit is **DISMISSED with prejudice**.

IT IS SO ORDERED.

                                                                       _____
                                                                       ALETA A. TRAUGER
                                                                       UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*/s/ Robert E. Turner, IV*
J. Russ Bryant (TN BPR #33830)
Robert E. Turner, IV (TN BPR #35364)
Robert E. Morelli, III (TN BPR #37004)
**JACKSON, SHIELDS, YEISER, HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*rbryant@jsyc.com*
*rturner@jsyc.com*
*rmorelli@jsyc.com*

-and-

Nina H. Parsley (TN BPR #23818)
**MICHAEL D. PONCE & ASSOCIATES**
Attorneys at Law
400 Professional Park Drive
Goodlettsville, Tennessee 37072
Telephone: (615) 851-1776
Facsimile: (615) 859-7033
nina@poncelaw.com


*/s/ Elizabeth G. Hart*
THE SWAFFORD LAW FIRM, PLLC
Thomas Anthony Swafford, BPR # 17578
Tara L. Swafford, BPR # 17577
Elizabeth G. Hart, BPR # 30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tony@swaffordlawfirm.com
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com